IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Lonnie Lamont Dozier. | Criminal No. 4:03-cr-00372-TLW<br><br>**Order** |

      The defendant was ordered detained on May 21, 2020 by order of United States Magistrate Judge Thomas E. Rogers, III. ECF No. 221. The Court scheduled a supervised release revocation hearing in this matter for July 21, 2020, to proceed by videoconference pursuant to Section 15002(b)(1)(F) of the Cares Act, Pub. L. No. 116-136. The Court is required to have the consent of the defendant to conduct a supervised release revocation hearing. CARES Act, Pub. L. No. 116-136, § 15002(b)(1)(F). Due to the circumstances of this matter, the Court did not receive consent to conduct a videoconference supervised release revocation hearing.

      Therefore, the Court held a status conference by videoconference. The defendant was present by videoconference from the Florence County Detention Center. During the proceeding, the parties provided information about the status case. At the request of the defendant, and with consent of the Government, the Court granted a consent motion for a continuance. If, ultimately, the violations are not contested and the defendant consents to proceeding by videoconference, the parties are instructed to notify the Court so that a videoconference supervised release revocation may be scheduled. Absent consent, the Court intends to proceed with an in-court revocation hearing as soon as it is safe in light of the COVID-19 pandemic.

1

2

      *s/ Terry L. Wooten*
      Senior United States District Judge

July 25, 2020
Columbia, South Carolina